UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Drubner & Hartley, L.L.C.

Plaintiff,

-v-

U.S. Department of Commerce and the
National Technical Information Service

Defendant.

Case No. 08-cv-02355

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Drubner & Hartley, L.L.C.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of Drubner & Hartley, L.L.C.

**Date:** March 6, 2008

**Signature of Attorney**

**Attorney Bar Code:** CH3208