UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Plaintiff
DRUBNER & HARTLEY, L.L.C.
vs.
Defendant
U.S. DEPARTMENT OF COMMERCE, AND THE NATIONAL
TECHNICAL INFORMATION SERVICE

Case No.: 08 CV 02355
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on 3-9-2008
I, Eddie W. Null, Sr., being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Mar 12 2008 2:35PM, I executed service of SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; INDIVIDUAL PRACTICES OF JUDGE HENRY PITMAN; CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE; INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; INDIVIDUAL RULES OF PRACTICE FOR CRIMINAL CASE SENTENCING PROCEEDINGS; DEFAULT JUDGMENT PROCEDURE; 3RD AMENEDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; ECF PROCEDURES on U.S. DEPARTMENT OF COMMERCE at 1401 CONSTITUTION Avenue NW, WASHINGTON, Dist of Columbia County, DC 20230

By Personal Service to: Tonny Cotto, Associate General Counsel, A Hispanic male approx. 35-40 years of age 5'4"-5'6" in height weighing 140-160 lbs with black hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____  Execute on Mar 14, 2008
Eddie W. Null, Sr.

State of Virginia County of _Prince William_
Subscribed and sworn to before me, a notary public on Mar 14, 2008

_____
Notary Public

FOR: Drubner, Hartley & O'Conner LLC (PFI)

Christine Amelia Davis
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7042900
My Commission Expires
December 31, 2010

Order No. 5291615 SEA