UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DRUBNER & HARTLEY, L.L.C.,

                Plaintiff,                    08 Civ. 2355 (RMB)

       -against-                    **ORDER OF DISCONTINUANCE**

UNITED STATES DEPARTMENT OF
COMMERCE and NATIONAL TECHNICAL
INFORMATION SERVICE,

                Defendants.
-----------------------------------------------------------X

       Based on plaintiff's failure to prosecute and appear on April 21, 2008 for a scheduled conference, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within ten (10) days of the date of this Order, counsel for plaintiff may apply by letter showing good cause why this action should be restored to the calendar.

**SO ORDERED**.

Dated: New York, New York
       April 21, 2008

                                                      _____
                                                      Richard M. Berman, U.S.D.J.