UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Drubner + Hartley
                    Plaintiff(s),                            **Case Management Plan**

          - v -                                              08 CV. 2355 (RMB)

US Dept. of Commerce et al
                    Defendant(s).
--------------------------------------------------------X

        The following Case Management Plan is entered after consultation with the parties.  This
Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil
Procedure.

(i)      Joinder of additional parties by _____

(ii)     Amend the pleadings by _____

(iii)    All discovery to be **expeditiously** completed by_____

(iv)     Consent to Proceed before Magistrate Judge_____

(v)      Status of settlement discussions_____

**Sections  vi  through  xi  will be set at conference with the Court.**

(vi)     Motions by Pl by 6/6/08; response by 7/9/08; reply by 7/25/08; 8/1/08
                                                                 for sur reply

(vii)    Oral Argument_____

(viii)   Joint Pre-Trial Order to be submitted by_____

(ix)     Final Pre-Trial Conference_____

(x)      Trial_____

(xi)     Other__Page Limits Apply: Oral argument (s) of 5-10 minutes

**SO ORDERED:**  New York, New York
              5/20/08                                    RMB
_____                    _____
                                            Hon. Richard M. Berman, U.S.D.J.

Clerk is requested to
re-open this case. Thanks.
              RMB