> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 6/6/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

June 5, 2008

**VIA HAND DELIVERY**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

JUN 06 2008

Re: Drubner & Hartley v. United States Department of Commerce, et al.,
08 Civ. 02355 (RMB)

**MEMO ENDORSED**

Dear Judge Berman:

On behalf of the parties in the above-referenced matter, we write to request a one-week extension of the briefing schedule in this case because the parties are actively engaged in settlement discussions that could resolve this matter in its entirety.

This extension request is the first request for an extension and is made jointly by the parties. If granted, the briefing schedule will be revised as follows:

June 13, 2008    Plaintiff's Motion for Summary Judgment
July 16, 2008    Government's Opposition and Cross-Motion for Summary Judgment
August 1, 2008   Plaintiff's Reply
August 8, 2008   Government's Sur Reply

Thank you for your consideration of this request.

Application granted.

SO ORDERED:
Date: 6/6/08   Richard M. Berman
Richard M. Berman, U.S.D.J.

Respectfully,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
CAROLINA A. FORNOS
Assistant United States Attorney
Telephone: (212) 637-2740
Facsimile: (212) 637-2702
Email: carolina.fornos@usdoj.gov

**Via Email**
cc:   Charles S. Hellman, Esq.
      Drubner & Hartley, L.L.C.
      One Penn Plaza, Suite 4507
      New York, NY 10119